| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Thomas B. Ure**<br>**800 West 6th Street., Suite 940**<br>**Los Angeles, CA 90017**<br>213-202-6070 Fax: 213-202-6075<br>California State Bar Number: **170492**<br>tom@urelawfirm.com<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* **Debtor** | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Rhonda E. Reynolds<br><br><br><br>                                                                                   Debtor. | CASE NO.: **2:16-bk-21314-WB**<br><br>CHAPTER __13__<br><br><br>**NOTICE OF DEBTOR'S MOTION TO<br>CONVERT CASE UNDER 11 U.S.C. § 706(a)** |
|---|---|

1. TO *(specify name)*: Honorable Julia W. Brand and all other interested parties.

2. NOTICE IS HEREBY GIVEN that Debtor will move this Court for an Order granting the relief sought in Debtor's Motion to Convert Case Under 11 U.S.C. § 706(a) ("Motion"), a copy of which is attached hereto and served herewith. Debtor seeks a conversion of this case under 11 U.S.C. § 706(a) based upon the grounds set forth in the said Motion. Debtor's Motion is made pursuant to Local Bankruptcy Rule 9013-1(o)(1), which provides for granting of motions without a hearing.

3. **Deadline for Opposition Papers and Request for a Hearing**: Pursuant to Local Bankruptcy Rule 9013-16(o)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Date: **November 15, 2016**

Date Notice Mailed: **November 15, 2016**

Ure Law Firm
Name of law firm

*/s/ Thomas B. Ure*
Signature of attorney for movant
**Thomas B. Ure 170492**
Name of attorney for movant

---

Attorney or Party Name, Address, Telephone & FAX No., State Bar No. & Email Address
**Thomas B. Ure**
**800 West 6th Street., Suite 940**
**Los Angeles, CA 90017**
**213-202-6070 Fax: 213-202-6075**
California State Bar Number: **170492**
tom@urelawfirm.com

FOR COURT USE ONLY

☐ Individual appearing without attorney
☑ Attorney for: **Debtor**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:
   **Rhonda E. Reynolds**

CASE NO.: **2:16-bk-21314-WB**

CHAPTER **13**

**DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)**

Debtor.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE: **JULIA W. BRAND**

1. Debtor hereby moves this Court for an Order converting the above chapter __13__ case to a case under chapter __11__ on the grounds set forth below:

2. **Filing Information:**

   a. ☑ A Voluntary Petition under chapter    ☐ 7   ☐ 11   ☐ 12   ☑ 13   was filed on: __8/24/16__

   b. ☐ An Involuntary Petition under chapter    ☐ 7   ☐ 11   was filed on: _____
      ☐ An Order of Relief under chapter    ☐ 7   ☐ 11   was entered on: _____

   c. ☐ An Order of Conversion to chapter    ☐ 7   ☐ 11   ☐ 12   ☐ 13   was entered on: _____

   d. ☐ Other *(specify)*: _____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1017-1.1.MOTION.DEBTOR.CONVERT

3. **Procedural Status:**
   a. Name of trustee appointed *(if any)*: __Nancy Curry__

   b. Name of Attorney of Record for trustee *(if any)*: __n/a__

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter __13__ to a case under chapter __11__.

Date: **11/15/16**

Respectfully submitted,
__Ure Law Firm__
Printed name of law firm

_____
Signature
__Thomas B. Ure, attorney for Debtor Rhonda E. Reynolds__
Printed name of Debtor/Trustee

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1017-1.1.MOTION.DEBTOR.CONVERT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
800 West 6th Street., Suite 940
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify):  **NOTICE OF DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. § 706(a)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/15/16 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE** Nancy K Curry (TR) TrusteeECFMail@gmail.com
**ATTORNEY FOR CREDITOR** Brandye N Foreman cdcaecf@bdfgroup.com
**ATTORNEY FOR CREDITOR** Edward A Treder cdcaecf@bdfgroup.com
**U.S. TRUSTEE** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
**ATTORNEY FOR DEBTOR** Thomas B Ure tbuesq@aol.com, ThomasUre@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On 11/15/16 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/15/16 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Honorable Julia W. Brand**
**255 E. Temple Street, Suite 1382/ Courtroom 1375**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/15/16 | YOLANDA SEGURA | /s/ Yolanda Segura |
|---|---|---|
| Date | Printed Name | Signature |

Wells Fargo Bank, N.A.
c/o BDFTW
20955 Pathfinder Rd., Ste. 300
Diamond Bar, CA 91765-4029

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

Wells Fargo Bank, N.A.
C/O Wells Fargo Bank, N.A., as servicer
Attn: Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN  55121-7700

Wells Fargo Home Mortgage
P.O. Box 14547
Des Moines, IA 50306-3547

Rhonda E. Reynolds
10850 Portofino Place
Los Angeles, CA 90077-2301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13