CASSANDRA J. RICHEY
State Bar No. 155721
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 Phone
(972) 661-7726 Fax
CassanR@bdfgroup.com
File No. 7192230\6284319

Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**RHONDA E. REYNOLDS**,

Debtor.

Chapter 11

Case Number 2:16-bk-21314-WB

**RENEWED OBJECTION TO APPROVAL OF FIRST AMENDED DISCLOSURE STATEMENT AND CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

DISCLOSURE STATEMENT HEARING DATE:
DATE: June 7, 2018
TIME: 10:00am
CTRM: 1375

CONFIRMATION HEARING DATE:
DATE: Not Set
TIME: Not Set
CTRM: 1375

Wells Fargo Bank, N.A. ("Secured Creditor") hereby objects to approval of Debtor's First Amended Disclosure Statement and confirmation of the Amended Chapter 11 Plan of Reorganization, filed May 14, 2018 at Docket Entry no. 108 as follows:.

**I.**

**INTRODUCTION**

The Debtor's First Amended Disclosure Statement has made some new disclosures but is still woefully short in demonstrating the adequacy of the information and evidence necessary to approve a Disclosure Statement and the subsequent Plan. The Debtor's First Amended Disclosure Statement cannot be approved as proposed without significant additional information. Far from complying with the requirements of § 1125 and the applicable provisions of Title 11, the Debtor's sense of "adequate information" now finally provides us with a profit and loss statement for the Debtor's husband's business but fails to value it, or explain how or why it will increase its net income over time.

The First Amended Disclosure Statement provides for a lump sum payment to Secured Creditor, who is one of three creditors to be paid through the Plan. Wells Fargo Bank, N.A. is the senior lienholder on the Debtor's primary residence located at **10850 Portofino Pl, Los Angeles, CA 90077-2301** ("Subject Property"). Secured Creditor agrees with the U.S. Trustee's analysis, that even using the Debtor's figure of "net income" for 2017 (i.e. $197,142.34 is equivalent to $16,428.53 a month rather than the $18,500.00 forecast in the First Amended Disclosure Statement as necessary to fund the Plan). *See*, U.S. Trustee's Objection to Approval of Debtor's Disclosure Statement Describing First Amended Chapter 11 Plan of Reorganization (doc. No. 108) filed on May 18, 2018 at Docket Entry no. 110, pages 4-5. The First Amended Plan, falls woefully short of sufficient detail for a hypothetical investor or holder of a claim would be able to make an informed judgment as to the how and when the creditor would be paid in full in sixty months.

"Refinance or sale" of the Subject Property is a very loose and broad term, presupposing that the Debtor would qualify for a refinance based upon sufficient income, the property would still need to retain its current value.

Secured Creditor notes that, although there is seeming equity in the Property[1] , the value of the Subject Property has not been tested; the monthly operating reports indicate only de minimus funds on hand despite not making a single mortgage payment in fourteen months. *See*, Debtor's Monthly

[1] Based on Debtor's valuation; Secured Creditor has not secured its own interior appraisal of the Property and reserve its right to dispute valuation

Operating Report, no. 16 attached hereto and incorporated herein by reference. Secured Creditor requests the Court take Judicial Notice pursuant of Federal Rules of Evidence of the Debtor's Monthly Operating Report no. 16, listed on the Court docket at Docket Entry no. 109 Based on the foregoing, Secured Creditor's Objection to the adequacy of the Debtor's Disclosure Statement and its objection to an unconfirmable Plan must be sustained, and confirmation of the Plan must be denied, because it fails to comply with the requirements of 11 U.S.C. § 1125(a)(1), § 1129(a)(7), §1129(a)(8), §1129(a)(10), §1129(a)(11), § 1129(b)(2)(A).

**II.**

**STATEMENT OF FACTS**

1. On May 1, 2008, Jay M. Reynolds ("non-filing Spouse") and Rhonda E. Reynolds ("Debtor") made and delivered an Adjustable Rate Mortgage Note Pick-A-Payment Loan ("Note") in the original principal amount of $1,750,875.00, secured by a duly perfected First Priority Deed of Trust on the real property commonly known as 10850 Portofino Pl, Los Angeles, CA 90077-2301 ("Subject Property").

2. On August 24, 2016 ("Petition Date"), the Debtor filed a voluntary petition under Chapter 13 as Case Number 2:16-bk-21314-WB.

3. The total amount due and owing under the Note, as of the Petition Date, was $1,661,083.67. The pre-petition arrears totaled $212,154.64. A true and correct copy of Secured Creditor's filed Proof of Claim is attached hereto as **Exhibit "1**." Post-petition arrears have continued to accrue.

4. On January 4, 2017 an Order was entered Converting Case to Chapter 11.

5. On October 12, 2017, the Debtor filed a Motion to Commence Loan Modification Management Program (LMM) and an Order was entered on November 9, 2017. The Secured Creditor subsequently denied a Loan Modification Agreement to the Debtor and the Loan Modification Program led to mediation between the parties but no agreement was reached. The Loan Modification Management Program has been completed.

6. On March 7, 2018, the Debtor filed her Disclosure Statement and her Chapter 11 Plan of Reorganization. The hearing on approval of the Disclosure Statement was set for April 12, 2018 at

10:00 a.m. by Order of the Court; subsequently the Court continued the Disclosure Statement hearing for the Debtor file an Amended Disclosure Statement and Plan, which the Debtor filed on May 14, 2018.

7. On May 15, 2018, the Debtor filed Monthly Operating Report no. 16, at Docket Entry no. 110, a copy of which is attached hereto as **Exhibit "2"** and incorporated herein by reference. Secured Creditor requests the Court take Judicial Notice of the Debtor's Monthly Operating Report no. 16. It reflects receipts of $175,385.26 for all prior reports, and total disbursement of $175,181.02 for 16 months the Debtor has been in a Chapter 11 bankruptcy case, leaving a "positive balance" of **$276.10**. The Debtor's Monthly Operating Report no. 16 indicates that not a single mortgage payment was made in the sixteen months, and as for Secured Creditor, the monthly mortgage payments are $10,750.62.

## III. ADEQUACY OF DISCLOSURE STATEMENT.

8. Debtor's Chapter 11 Disclosure Statement fails to provide adequate information of a quantity and quality required by 11 U.S.C. § 1125(b), generally described in 11 U.S.C. § 1125(a)(1) as "information of a kind, and in sufficient detail, as far as is reasonably practicable in light of the nature and history of the debtor, ….that would enable a hypothetical reasonable investor typical of holders of claims or interests of the relevant class to make an informed judgment." Courts have identified a list of disclosures relevant to Chapter 11 Disclosure Statements as follows:

1. The circumstances that gave rise to the filing of the bankruptcy petition;
2. A complete description of the available assets and their value;
3. The anticipated future of the debtor;
4. The source of information provided in the disclosure statement;
5. A disclaimer, which typically indicates that no statements or information concerning the debtor or its assets or securities are authorized, other than those set forth in the disclosure statement;
6. The condition and performance of the debtor while in Chapter 11;
7. Information regarding claims against the estate;
8. A liquidation analysis setting forth the estimated return those creditors would receive under Chapter 7;
9. The accounting and valuation methods used to produce the financial information in the disclosure statement;
10. Information regarding the future management of the debtor, including the amount of compensation to be paid to any insiders, directors, and/or officers of the debtor;
11. A summary of the plan of reorganization;
12. An estimate of all administrative expenses, including attorneys' fees and accountants' fees;
13. The collectibiltiy of any accounts receivable;
14. Any financial information, valuations or *pro forma* projections that would be relevant to

creditors' determinations of whether to acceptor reject the plan;

15. Information relevant to the risks being taken by the creditors and interest holders;
16. The actual or projected value that can be obtained from avoidable transfers;
17. The existence, likelihood and possible success of non-bankruptcy litigation;
18. The tax consequences of the plan; and
19. The relationship of the debtor with affiliates.

*See*, In re Cardinal Congregate I., 121 B.R.760 (Bankr. S.D. Ohio 1990) (additional citations omitted; regarding list of standard information in disclosure statements to meet adequacy standard).

Here, the Debtor did not list or identify in Schedule B her interest in her non-filing spouse's architectural firms either as a community interest or an actual interest with any monetary value (No. 2 from the Cardinal list, regarding disclosure of assets). Nor has the Debtor disclosed whether the non-filing spouse is taking separate compensation, the collectability of any accounts receivables, the actual risks of payment or the tax consequences of the Plan (Nos. 10, 13, 15 and 18 from the Cardinal list). Without this basic information, the Disclosure Statement fails to provide adequate information as to the risks a creditor will assume in agreeing to the Plan terms.

The Debtor's single concession is a statement that "The Plan will be funded from Debtor's income from the architectural business"; but since the Debtor is not an architect, it is not "her" income; but is instead "community" income. Since the Debtor has not made any mortgage payments to the Secured Creditor in over a year, and has no cushion in the operating account to make future payments, it is hard to discern how any Chapter 11 Plan would be successful with these numbers.

9. Debtor's First Amended Plan provides for Secured Creditor in Class 1a; The Debtor is agreeing to "maintain" monthly payments pursuant to the terms of the original note and deed of trust and to pay mortgage arrears over fifty-nine (59) months of $1000.00 a month arrears payments, plus a lump sum payment of $298,903.87 (or the amount necessary to cure). *See*, First Amended Plan, page 5. Because the date of confirmation is uncertain, and Debtor has not yet made a mortgage payment, Secured Creditor cannot determine whether the Debtor's proposed treatment actually results in payment of the secured claim in full within sixty (60) months.

## IV.

## ADEQUACY OF CHAPTER 11 PLAN ON ITS FACE

### A. The Plan fails to Comply with § 1129(a)(1).

§ 1129(a)(1) requires that a Chapter 11 plan comply with the applicable provisions of Title 11. As the Plan fails to comply with § 1129(a)(8), § 1129(a)(10) and § 1129(b)(2)(A). Thus, it cannot be confirmed as a matter of law.

### B. The Plan fails to Comply with § 1129(a)(8).

Secured Creditor is the holder of the Class 1A claim. The Debtor does not dispute that Secured Creditor' claim is impaired. *See* Debtor's First Amended Plan, page 5. Secured Creditor does not accept the Plan and is impaired under the Plan. Therefore, the Plan fails to satisfy the requirement of § 1129(a)(8), and the Debtor must comply with the cram-down requirements of § 1129(b).

### C. The Plan fails to Comply with § 1129(a)(10).

As the Debtor must resort to the cram-down provisions of § 1129(b), she must secure the consenting vote of an impaired class of claims. Secured Creditor objects to the Plan and is unaware of an impaired class that has, or will, accept the Plan. Therefore, the Plan fails to satisfy the requirement of § 1129(a)(10).

## IV.

## CONCLUSION

Based on the foregoing, Secured Creditor respectfully requests that the Court sustain its Objection to the First Amended Disclosure Statement and deny approval of Debtor's First Amended Disclosure Statement and Confirmation of Debtor's Plan as infeasible and uncomfirmable on its face.

DATED: May 29, 2018

Respectfully Submitted,

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

*/s/ Cassandra J. Richey*
CASSANDRA J. RICHEY
Attorneys for Wells Fargo Bank, N.A.

# EXHIBIT 1

**Fill in this information to identify the case:**

Debtor 1 RHONDA E. REYNOLDS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California

Case number 2:16-bk-21314-WB

Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Official Form 410

# Proof of Claim

04/16

## Part 1: Identify the Claim

1. **Who is the current creditor?**

Wells Fargo Bank, N.A.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom?

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y

Name

1000 Blue Gentian Road

Number Street

Eagan MN 55121-7700

City State ZIP Code

Contact phone 800-274-7025

Contact email POCNOTIFICATIONS@WELLSFARGO.COM

**Where should payments to the creditor be sent?** (if different)

Wells Fargo Bank, N.A.
Attention: Payment Processing
MAC# X2302-04C

Name

1 Home Campus

Number Street

Des Moines IA 50328

City State ZIP Code

Contact phone 800-274-7025

Contact email POCNOTIFICATIONS@WELLSFARGO.COM

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
WFCMGE1621314CAC12638411



EXHIBIT 1

4. **Does this claim amend one already filed?** ☐ No ☒ Yes. Claim number on court claims registry (if known) 3-1 Filed on 09/30/2016 (MM/DD/YYYY)

5. **Do you know if anyone else has filed a proof of claim for this claim?** ☒ No ☐ Yes. Who made the earlier filing? ______

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?** ☐ No ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 8411

7. **How much is the claim?** $ 1,661,983.67

**Does this amount include interest or other charges?**
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?** Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Money Loaned

9. **Is all or part of the claim secured?** ☐ No ☒ Yes. The claim is secured by a lien on property.

**Nature of property:**

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: 10850 PORTOFINO PL LOS ANGELES CA 90077

**Basis for perfection:** Recorded Mortgage/Deed of Trust

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ ______

**Amount of the claim that is secured:** $ 1,661,983.67

**Amount of the claim that is unsecured:** $ ______ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 212,154.64

**Annual Interest Rate** (when case was filed) 2.97 %
☐ Fixed
☒ Variable

10. **Is this claim based on a lease?** ☒ No ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ ______

11. **Is this claim subject to a right of setoff?** ☒ No ☐ Yes. Identify the property: ______



EXHIBIT 1

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes. *Check all that apply:* | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor.s business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 4/1/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 06/20/2017
MM / DD / YYYY

Annette Medina
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Annette Medina
First name Middle name Last name

Title: Vice President Loan Documentation

Company: Wells Fargo Bank, N.A.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 4101 Wiseman Blvd.
Number Street
San Antonio TX 78251
City State ZIP Code

Contact phone: 210-856-5641

Email: annette.medina@wellsfargo.com



EXHIBIT 1

## Mortgage Proof of Claim Attachment

(12/15)

**If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.**

**Part 1: Mortgage and Case Information**

| | |
|---|---|
| Case number: | 2:16-bk-21314-WB |
| Debtor 1: | RHONDA E REYNOLDS |
| Debtor 2: | |
| Last 4 digits to identify: | 8411 |
| Creditor: | Wells Fargo Bank, N.A. |
| Servicer: | N/A |
| Fixed accrual/daily simple interest/other: | Fixed Accrual |

**Part 2: Total Debt Calculation**

| | |
|---|---|
| Principal balance: | 1,564,244.34 |
| Interest due: | 52,615.24 |
| Fees, costs due: | 17,624.48 |
| Escrow deficiency for funds advanced: | 27,499.61 |
| Other: | 0.00 |
| Less total funds on hand: | – 0.00 |
| Total debt: | 1,661,983.67 |

*Not to be used for payoff purposes

**Part 3: Arrearage as of Date of the Petition**

| | |
|---|---|
| Principal & interest due: | 137,570.28 |
| Prepetition fees due: | 17,624.48 |
| Escrow deficiency for funds advanced: | 27,499.61 |
| Projected escrow shortage: | 29,460.27 |
| Other: | 0.00 |
| Less funds on hand: | – 0.00 |
| Total prepetition arrearage: | 212,154.64 |

**Part 4: Monthly Mortgage Payment**

| | |
|---|---|
| Principal & interest: | 7,936.74 |
| Monthly escrow: | 2,813.88 |
| Private mortgage insurance: | 0.00 |
| Optional Products: | 0.00 |
| Total monthly payment: | 10,750.62 |

*Additional changes to the monthly payment amount may be required because interest rate adjustments or escrow requirement changes.

**Part 5 : Loan Payment History from First Date of Default**

| | | Account Activity | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| Date | Contractual payment amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal balance | Accrued interest balance | Escrow balance | Fees / Charges balance | Unapplied funds balance |
| 06/18/2012 | | | | Beginning Balances | 06/01/2012 | 11,993.02 | | | | | | 1,702,981.29 | 0.00 | -4,600.30 | 159.76 | 0.00 |
| 06/18/2012 | | | 476.74 | Late Charge | 06/01/2012 | 11,993.02 | | | | 476.74 | | 1,702,981.29 | 0.00 | -4,600.30 | 636.50 | 0.00 |
| 07/01/2012 | 11,868.60 | | | Monthly payment | 06/01/2012 | 23,861.62 | | | | | | 1,702,981.29 | 0.00 | -4,600.30 | 636.50 | 0.00 |
| 07/16/2012 | | | 470.52 | Late Charge | 06/01/2012 | 23,861.62 | | | | 470.52 | | 1,702,981.29 | 0.00 | -4,600.30 | 1,107.02 | 0.00 |
| 07/17/2012 | | 11,993.02 | | Payment | 06/01/2012 | 11,868.60 | 2,921.54 | 6,613.24 | 2,458.24 | | 0.00 | 1,700,059.75 | 0.00 | -2,142.06 | 1,107.02 | 0.00 |
| 07/31/2012 | | 11,993.02 | | Payment | 07/01/2012 | 0.00 | 2,865.13 | 6,545.23 | 2,458.24 | -124.42 | 0.00 | 1,697,194.62 | 0.00 | 316.18 | 982.60 | 0.00 |
| 08/01/2012 | 11,868.60 | | | Monthly payment | 08/01/2012 | 11,868.60 | | | | | | 1,697,194.62 | 0.00 | 316.18 | 982.60 | 0.00 |
| 09/01/2012 | 11,868.60 | | | Monthly payment | 08/01/2012 | 23,737.20 | | | | | | 1,697,194.62 | 0.00 | 316.18 | 982.60 | 0.00 |
| 09/13/2012 | | 11,868.60 | | Payment | 08/01/2012 | 11,868.60 | 2,918.59 | 6,491.77 | 2,458.24 | | 0.00 | 1,694,276.03 | 0.00 | 2,774.42 | 982.60 | 0.00 |
| 09/17/2012 | | | 470.52 | Late Charge | 09/01/2012 | 11,868.60 | | | | 470.52 | | 1,694,276.03 | 0.00 | 2,774.42 | 1,453.12 | 0.00 |
| 10/01/2012 | 11,868.60 | | | Monthly payment | 09/01/2012 | 23,737.20 | | | | | | 1,694,276.03 | 0.00 | 2,774.42 | 1,453.12 | 0.00 |
| 10/08/2012 | | 11,868.60 | | Payment | 09/01/2012 | 11,868.60 | 2,972.11 | 6,438.25 | 2,458.24 | | 0.00 | 1,691,303.92 | 0.00 | 5,232.66 | 1,453.12 | 0.00 |
| 10/16/2012 | | | 470.52 | Late Charge | 10/01/2012 | 11,868.60 | | | | 470.52 | | 1,691,303.92 | 0.00 | 5,232.66 | 1,923.64 | 0.00 |
| 10/16/2012 | | 11,868.60 | | Payment | 10/01/2012 | 0.00 | 3,011.59 | 6,398.77 | 2,458.24 | | 0.00 | 1,688,292.33 | 0.00 | 7,690.90 | 1,923.64 | 0.00 |



EXHIBIT 1

## Mortgage Proof of Claim Attachment: Additional Page

(12/15)

Case number: 2:16-bk-21314-WB

Debtor 1: RHONDA E REYNOLDS

**Part 5 : Loan Payment History from First Date of Default**

| Account Activity | | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| 10/16/2012 | | 31.40 | | Payment | 11/01/2012 | 0.00 | 31.40 | 0.00 | 0.00 | | 0.00 | 1,688,260.93 | 0.00 | 7,690.90 | 1,923.64 | 0.00 |
| 10/17/2012 | | | -470.52 | Late Charge | 11/01/2012 | 0.00 | | | | -470.52 | | 1,688,260.93 | 0.00 | 7,690.90 | 1,453.12 | 0.00 |
| 11/01/2012 | 11,868.60 | | | Monthly payment | 11/01/2012 | 11,868.60 | | | | | | 1,688,260.93 | 0.00 | 7,690.90 | 1,453.12 | 0.00 |
| 11/16/2012 | | | 470.52 | Late Charge | 11/01/2012 | 11,868.60 | | | | 470.52 | | 1,688,260.93 | 0.00 | 7,690.90 | 1,923.64 | 0.00 |
| 11/23/2012 | | | 12,458.06 | County tax disbursement | 11/01/2012 | 11,868.60 | 0.00 | 0.00 | -12,458.06 | | 0.00 | 1,688,260.93 | 0.00 | -4,767.16 | 1,923.64 | 0.00 |
| 12/01/2012 | 11,868.60 | | | Monthly payment | 11/01/2012 | 23,737.20 | | | | | | 1,688,260.93 | 0.00 | -4,767.16 | 1,923.64 | 0.00 |
| 12/08/2012 | | 11,868.60 | | Payment | 11/01/2012 | 11,868.60 | 3,023.11 | 6,387.25 | 2,458.24 | | 0.00 | 1,685,237.82 | 0.00 | -2,308.92 | 1,923.64 | 0.00 |
| 12/08/2012 | | 124.42 | | Payment | 12/01/2012 | 11,868.60 | 124.42 | 0.00 | 0.00 | | 0.00 | 1,685,113.40 | 0.00 | -2,308.92 | 1,923.64 | 0.00 |
| 12/17/2012 | | | 470.52 | Late Charge | 12/01/2012 | 11,868.60 | | | | 470.52 | | 1,685,113.40 | 0.00 | -2,308.92 | 2,394.16 | 0.00 |
| 12/31/2012 | | 33.13 | | Interest on Escrow deposit | 12/01/2012 | 11,868.60 | 0.00 | 0.00 | 33.13 | | 0.00 | 1,685,113.40 | 0.00 | -2,275.79 | 2,394.16 | 0.00 |
| 01/01/2013 | 11,868.60 | | | Monthly payment | 12/01/2012 | 23,737.20 | | | | | | 1,685,113.40 | 0.00 | -2,275.79 | 2,394.16 | 0.00 |
| 01/12/2013 | | 11,868.60 | | Payment | 12/01/2012 | 11,868.60 | 3,035.01 | 6,375.35 | 2,458.24 | | 0.00 | 1,682,078.39 | 0.00 | 182.45 | 2,394.16 | 0.00 |
| 01/16/2013 | | | 470.52 | Late Charge | 01/01/2013 | 11,868.60 | | | | 470.52 | | 1,682,078.39 | 0.00 | 182.45 | 2,864.68 | 0.00 |
| 02/01/2013 | 11,868.60 | | | Monthly payment | 01/01/2013 | 23,737.20 | | | | | | 1,682,078.39 | 0.00 | 182.45 | 2,864.68 | 0.00 |
| 02/19/2013 | | | 470.52 | Late Charge | 01/01/2013 | 23,737.20 | | | | 470.52 | | 1,682,078.39 | 0.00 | 182.45 | 3,335.20 | 0.00 |
| 03/01/2013 | 11,868.60 | | | Monthly payment | 01/01/2013 | 35,605.80 | | | | | | 1,682,078.39 | 0.00 | 182.45 | 3,335.20 | 0.00 |
| 03/14/2013 | | 23,737.20 | | Payment | 01/01/2013 | 35,605.80 | 0.00 | 0.00 | 0.00 | | 23,737.20 | 1,682,078.39 | 0.00 | 182.45 | 3,335.20 | 23,737 |
| 03/14/2013 | | 0.00 | | Payment | 01/01/2013 | 23,737.20 | 3,046.50 | 6,363.86 | 2,458.24 | | -23,737.20 | 1,679,031.89 | 0.00 | 2,640.69 | 3,335.20 | 0.00 |
| 03/14/2013 | | 0.00 | | Payment | 02/01/2013 | 11,868.60 | 3,058.02 | 6,352.34 | 2,458.24 | | 0.00 | 1,675,973.87 | 0.00 | 5,098.93 | 3,335.20 | 0.00 |
| 03/18/2013 | | | 470.52 | Late Charge | 03/01/2013 | 11,868.60 | | | | 470.52 | | 1,675,973.87 | 0.00 | 5,098.93 | 3,805.72 | 0.00 |
| 03/22/2013 | | | 12,458.04 | County tax disbursement | 03/01/2013 | 11,868.60 | 0.00 | 0.00 | -12,458.04 | | 0.00 | 1,675,973.87 | 0.00 | -7,359.11 | 3,805.72 | 0.00 |
| 04/01/2013 | 11,882.47 | | | Monthly payment | 03/01/2013 | 23,751.07 | | | | | | 1,675,973.87 | 0.00 | -7,359.11 | 3,805.72 | 0.00 |



EXHIBIT 1

## Mortgage Proof of Claim Attachment: Additional Page

(12/15)

Case number: 2:16-bk-21314-WB

Debtor 1: RHONDA E REYNOLDS

**Part 5 : Loan Payment History from First Date of Default**

| | | Account Activity | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| Date | Contractual payment amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal balance | Accrued interest balance | Escrow balance | Fees / Charges balance | Unapplied funds balance |
| 04/16/2013 | | | 470.52 | Late Charge | 03/01/2013 | 23,751.07 | | | | 470.52 | | 1,675,973.87 | 0.00 | -7,359.11 | 4,276.24 | 0.00 |
| 05/01/2013 | 11,882.47 | | | Monthly payment | 03/01/2013 | 35,633.54 | | | | | | 1,675,973.87 | 0.00 | -7,359.11 | 4,276.24 | 0.00 |
| 05/01/2013 | | | 3,256.00 | Hazard Insurance Disbursement | 03/01/2013 | 35,633.54 | 0.00 | 0.00 | -3,256.00 | | 0.00 | 1,675,973.87 | 0.00 | -10,615.11 | 4,276.24 | 0.00 |
| 05/07/2013 | | 11,868.60 | | Payment | 03/01/2013 | 35,633.54 | 0.00 | 0.00 | 0.00 | | 11,868.60 | 1,675,973.87 | 0.00 | -10,615.11 | 4,276.24 | 11,868.60 |
| 05/07/2013 | | 0.00 | | Payment | 03/01/2013 | 23,764.94 | 3,083.56 | 6,326.80 | 2,458.24 | | -11,868.60 | 1,672,890.31 | 0.00 | -8,156.87 | 4,276.24 | 0.00 |
| 05/16/2013 | | | 470.52 | Late Charge | 04/01/2013 | 23,764.94 | | | | 470.52 | | 1,672,890.31 | 0.00 | -8,156.87 | 4,746.76 | 0.00 |
| 05/21/2013 | | 11,882.47 | | Payment | 04/01/2013 | 11,882.47 | 3,095.20 | 6,315.16 | 2,472.11 | | 0.00 | 1,669,795.11 | 0.00 | -5,684.76 | 4,746.76 | 0.00 |
| 06/01/2013 | 11,882.47 | | | Monthly payment | 05/01/2013 | 23,764.94 | | | | | | 1,669,795.11 | 0.00 | -5,684.76 | 4,746.76 | 0.00 |
| 06/17/2013 | | | 470.52 | Late Charge | 05/01/2013 | 23,764.94 | | | | 470.52 | | 1,669,795.11 | 0.00 | -5,684.76 | 5,217.28 | 0.00 |
| 07/01/2013 | 11,728.22 | | | Monthly payment | 05/01/2013 | 35,493.16 | | | | | | 1,669,795.11 | 0.00 | -5,684.76 | 5,217.28 | 0.00 |
| 07/05/2013 | | 11,882.47 | | Payment | 05/01/2013 | 35,493.16 | 0.00 | 0.00 | 0.00 | | 11,882.47 | 1,669,795.11 | 0.00 | -5,684.76 | 5,217.28 | 11,882.47 |
| 07/05/2013 | | 0.00 | | Payment | 05/01/2013 | 23,610.69 | 3,106.88 | 6,303.48 | 2,472.11 | | -11,882.47 | 1,666,688.23 | 0.00 | -3,212.65 | 5,217.28 | 0.00 |
| 07/16/2013 | | | 462.81 | Late Charge | 06/01/2013 | 23,610.69 | | | | 462.81 | | 1,666,688.23 | 0.00 | -3,212.65 | 5,680.09 | 0.00 |
| 07/31/2013 | | 11,882.47 | | Payment | 06/01/2013 | 11,728.22 | 3,146.39 | 6,263.97 | 2,472.11 | | 0.00 | 1,663,541.84 | 0.00 | -740.54 | 5,680.09 | 0.00 |
| 08/01/2013 | 11,728.22 | | | Monthly payment | 07/01/2013 | 23,456.44 | | | | | | 1,663,541.84 | 0.00 | -740.54 | 5,680.09 | 0.00 |
| 08/16/2013 | | | 462.81 | Late Charge | 07/01/2013 | 23,456.44 | | | | 462.81 | | 1,663,541.84 | 0.00 | -740.54 | 6,142.90 | 0.00 |
| 09/01/2013 | 11,728.22 | | | Monthly payment | 07/01/2013 | 35,184.66 | | | | | | 1,663,541.84 | 0.00 | -740.54 | 6,142.90 | 0.00 |
| 09/04/2013 | | 11,728.22 | | Payment | 07/01/2013 | 35,184.66 | 0.00 | 0.00 | 0.00 | | 11,728.22 | 1,663,541.84 | 0.00 | -740.54 | 6,142.90 | 11,728.22 |
| 09/04/2013 | | 0.00 | | Payment | 07/01/2013 | 23,456.44 | 3,059.42 | 6,196.69 | 2,472.11 | | -11,728.22 | 1,660,482.42 | 0.00 | 1,731.57 | 6,142.90 | 0.00 |
| 09/16/2013 | | | 462.81 | Late Charge | 08/01/2013 | 23,456.44 | | | | 462.81 | | 1,660,482.42 | 0.00 | 1,731.57 | 6,605.71 | 0.00 |
| 10/01/2013 | 11,728.22 | | | Monthly payment | 08/01/2013 | 35,184.66 | | | | | | 1,660,482.42 | 0.00 | 1,731.57 | 6,605.71 | 0.00 |
| 10/11/2013 | | 11,728.22 | | Payment | 08/01/2013 | 35,184.66 | 0.00 | 0.00 | 0.00 | | 11,728.22 | 1,660,482.42 | 0.00 | 1,731.57 | 6,605.71 | 11,728.22 |
| 10/11/2013 | | 0.00 | | Payment | 08/01/2013 | 23,456.44 | 3,236.86 | 6,019.25 | 2,472.11 | | -11,728.22 | 1,657,245.56 | 0.00 | 4,203.68 | 6,605.71 | 0.00 |



EXHIBIT 1

Case 2:16-bk-21314-WB Claim 13-2 Filed 05/30/18 Desc ... Page 7 of ...

## Mortgage Proof of Claim Attachment: Additional Page

(12/15)

Case number: 2:16-bk-21314-WB

Debtor 1: RHONDA E REYNOLDS

### Part 5 : Loan Payment History from First Date of Default

| | | Account Activity | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| Date | Contractual payment amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal balance | Accrued interest balance | Escrow balance | Fees / Charges balance | Unapplied funds balance |
| 11/01/2013 | 11,728.22 | | | Monthly payment | 09/01/2013 | 35,184.66 | | | | | | 1,657,245.56 | 0.00 | 4,203.68 | 6,605.71 | 0.00 |
| 11/18/2013 | | | 462.81 | Late Charge | 09/01/2013 | 35,184.66 | | | | 462.81 | | 1,657,245.56 | 0.00 | 4,203.68 | 7,068.52 | 0.00 |
| 11/22/2013 | | 11,728.22 | | Payment | 09/01/2013 | 35,184.66 | 0.00 | 0.00 | 0.00 | | 11,728.22 | 1,657,245.56 | 0.00 | 4,203.68 | 7,068.52 | 11,728.22 |
| 11/22/2013 | | 0.00 | | Payment | 09/01/2013 | 23,456.44 | 3,441.94 | 5,814.17 | 2,472.11 | | -11,728.22 | 1,653,803.62 | 0.00 | 6,675.79 | 7,068.52 | 0.00 |
| 11/25/2013 | | | 15,204.52 | County tax disbursement | 10/01/2013 | 23,456.44 | 0.00 | 0.00 | -15,204.52 | | 0.00 | 1,653,803.62 | 0.00 | -8,528.73 | 7,068.52 | 0.00 |
| 12/01/2013 | 11,728.22 | | | Monthly payment | 10/01/2013 | 35,184.66 | | | | | | 1,653,803.62 | 0.00 | -8,528.73 | 7,068.52 | 0.00 |
| 12/16/2013 | | | 462.81 | Late Charge | 10/01/2013 | 35,184.66 | | | | 462.81 | | 1,653,803.62 | 0.00 | -8,528.73 | 7,531.33 | 0.00 |
| 12/30/2013 | | 11,728.22 | | Payment | 10/01/2013 | 35,184.66 | 0.00 | 0.00 | 0.00 | | 11,728.22 | 1,653,803.62 | 0.00 | -8,528.73 | 7,531.33 | 11,728.22 |
| 12/30/2013 | | 0.00 | | Payment | 10/01/2013 | 23,456.44 | 3,619.40 | 5,636.71 | 2,472.11 | | -11,728.22 | 1,650,184.22 | 0.00 | -6,056.62 | 7,531.33 | 0.00 |
| 12/31/2013 | | 15.93 | | Interest on Escrow deposit | 11/01/2013 | 23,456.44 | 0.00 | 0.00 | 15.93 | | 0.00 | 1,650,184.22 | 0.00 | -6,040.69 | 7,531.33 | 0.00 |
| 01/01/2014 | 11,728.22 | | | Monthly payment | 11/01/2013 | 35,184.66 | | | | | | 1,650,184.22 | 0.00 | -6,040.69 | 7,531.33 | 0.00 |
| 01/16/2014 | | | 462.81 | Late Charge | 11/01/2013 | 35,184.66 | | | | 462.81 | | 1,650,184.22 | 0.00 | -6,040.69 | 7,994.14 | 0.00 |
| 01/28/2014 | | 11,728.22 | | Payment | 11/01/2013 | 35,184.66 | 0.00 | 0.00 | 0.00 | | 11,728.22 | 1,650,184.22 | 0.00 | -6,040.69 | 7,994.14 | 11,728.22 |
| 01/28/2014 | | 0.00 | | Payment | 11/01/2013 | 23,456.44 | 3,783.00 | 5,473.11 | 2,472.11 | | -11,728.22 | 1,646,401.22 | 0.00 | -3,568.58 | 7,994.14 | 0.00 |
| 02/01/2014 | 11,728.22 | | | Monthly payment | 12/01/2013 | 35,184.66 | | | | | | 1,646,401.22 | 0.00 | -3,568.58 | 7,994.14 | 0.00 |
| 02/18/2014 | | | 462.81 | Late Charge | 12/01/2013 | 35,184.66 | | | | 462.81 | | 1,646,401.22 | 0.00 | -3,568.58 | 8,456.95 | 0.00 |
| 02/21/2014 | | 11,728.22 | | Payment | 12/01/2013 | 35,184.66 | 0.00 | 0.00 | 0.00 | | 11,728.22 | 1,646,401.22 | 0.00 | -3,568.58 | 8,456.95 | 11,728.22 |
| 02/21/2014 | | 0.00 | | Payment | 12/01/2013 | 23,456.44 | 4,028.79 | 5,227.32 | 2,472.11 | | -11,728.22 | 1,642,372.43 | 0.00 | -1,096.47 | 8,456.95 | 0.00 |
| 03/01/2014 | 11,728.22 | | | Monthly payment | 01/01/2014 | 35,184.66 | | | | | | 1,642,372.43 | 0.00 | -1,096.47 | 8,456.95 | 0.00 |
| 03/17/2014 | | | 462.81 | Late Charge | 01/01/2014 | 35,184.66 | | | | 462.81 | | 1,642,372.43 | 0.00 | -1,096.47 | 8,919.76 | 0.00 |
| 03/21/2014 | | | 15,204.51 | County tax disbursement | 01/01/2014 | 35,184.66 | 0.00 | 0.00 | -15,204.51 | | 0.00 | 1,642,372.43 | 0.00 | -16,300.98 | 8,919.76 | 0.00 |
| 03/31/2014 | | 11,728.22 | | Payment | 01/01/2014 | 35,184.66 | 0.00 | 0.00 | 0.00 | | 11,728.22 | 1,642,372.43 | 0.00 | -16,300.98 | 8,919.76 | 11,728.22 |



EXHIBIT 1

## Mortgage Proof of Claim Attachment: Additional Page

(12/15)

Case number: 2:16-bk-21314-WB

Debtor 1: RHONDA E REYNOLDS

**Part 5 : Loan Payment History from First Date of Default**

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| 03/31/2014 | | 0.00 | | Payment | 01/01/2014 | 23,456.44 | 4,164.76 | 5,091.35 | 2,472.11 | | -11,728.22 | 1,638,207.67 | 0.00 | -13,828.87 | 8,919.76 | 0.00 |
| 04/01/2014 | 11,728.22 | | | Monthly payment | 02/01/2014 | 35,184.66 | | | | | | 1,638,207.67 | 0.00 | -13,828.87 | 8,919.76 | 0.00 |
| 04/16/2014 | | | 462.81 | Late Charge | 02/01/2014 | 35,184.66 | | | | 462.81 | | 1,638,207.67 | 0.00 | -13,828.87 | 9,382.57 | 0.00 |
| 04/28/2014 | | 11,728.22 | | Payment | 02/01/2014 | 35,184.66 | 0.00 | 0.00 | 0.00 | | 11,728.22 | 1,638,207.67 | 0.00 | -13,828.87 | 9,382.57 | 11,728.22 |
| 04/28/2014 | | 0.00 | | Payment | 02/01/2014 | 23,456.44 | 4,286.88 | 4,969.23 | 2,472.11 | | -11,728.22 | 1,633,920.79 | 0.00 | -11,356.76 | 9,382.57 | 0.00 |
| 04/30/2014 | | | 3,336.00 | Hazard Insurance Disbursement | 03/01/2014 | 23,456.44 | 0.00 | 0.00 | -3,336.00 | | 0.00 | 1,633,920.79 | 0.00 | -14,692.76 | 9,382.57 | 0.00 |
| 05/01/2014 | 12,317.58 | | | Monthly payment | 03/01/2014 | 35,774.02 | | | | | | 1,633,920.79 | 0.00 | -14,692.76 | 9,382.57 | 0.00 |
| 05/16/2014 | | | 462.81 | Late Charge | 03/01/2014 | 35,774.02 | | | | 462.81 | | 1,633,920.79 | 0.00 | -14,692.76 | 9,845.38 | 0.00 |
| 05/30/2014 | | 11,728.22 | | Payment | 03/01/2014 | 35,774.02 | 0.00 | 0.00 | 0.00 | | 11,728.22 | 1,633,920.79 | 0.00 | -14,692.76 | 9,845.38 | 11,728.22 |
| 05/30/2014 | | 0.00 | | Payment | 03/01/2014 | 24,045.80 | 4,340.73 | 4,915.38 | 2,472.11 | | -11,728.22 | 1,629,580.06 | 0.00 | -12,220.65 | 9,845.38 | 0.00 |
| 06/01/2014 | 12,317.58 | | | Monthly payment | 04/01/2014 | 36,363.38 | | | | | | 1,629,580.06 | 0.00 | -12,220.65 | 9,845.38 | 0.00 |
| 06/16/2014 | | | 462.81 | Late Charge | 04/01/2014 | 36,363.38 | | | | 462.81 | | 1,629,580.06 | 0.00 | -12,220.65 | 10,308.19 | 0.00 |
| 06/30/2014 | | 11,728.22 | | Payment | 04/01/2014 | 24,635.16 | 4,380.95 | 4,875.16 | 2,472.11 | | 0.00 | 1,625,199.11 | 0.00 | -9,748.54 | 10,308.19 | 0.00 |
| 07/01/2014 | 11,416.66 | | | Monthly payment | 05/01/2014 | 36,051.82 | | | | | | 1,625,199.11 | 0.00 | -9,748.54 | 10,308.19 | 0.00 |
| 07/16/2014 | | | 417.76 | Late Charge | 05/01/2014 | 36,051.82 | | | | 417.76 | | 1,625,199.11 | 0.00 | -9,748.54 | 10,725.95 | 0.00 |
| 07/31/2014 | | 12,317.58 | | Payment | 05/01/2014 | 36,051.82 | 0.00 | 0.00 | 0.00 | | 12,317.58 | 1,625,199.11 | 0.00 | -9,748.54 | 10,725.95 | 12,317.58 |
| 07/31/2014 | | 0.00 | | Payment | 05/01/2014 | 23,734.24 | 4,407.60 | 4,848.51 | 3,061.47 | | -12,317.58 | 1,620,791.51 | 0.00 | -6,687.07 | 10,725.95 | 0.00 |
| 08/01/2014 | 11,416.66 | | | Monthly payment | 06/01/2014 | 35,150.90 | | | | | | 1,620,791.51 | 0.00 | -6,687.07 | 10,725.95 | 0.00 |
| 08/18/2014 | | | 417.76 | Late Charge | 06/01/2014 | 35,150.90 | | | | 417.76 | | 1,620,791.51 | 0.00 | -6,687.07 | 11,143.71 | 0.00 |
| 09/01/2014 | 11,416.66 | | | Monthly payment | 06/01/2014 | 46,567.56 | | | | | | 1,620,791.51 | 0.00 | -6,687.07 | 11,143.71 | 0.00 |
| 09/16/2014 | | | 417.76 | Late Charge | 06/01/2014 | 46,567.56 | | | | 417.76 | | 1,620,791.51 | 0.00 | -6,687.07 | 11,561.47 | 0.00 |
| 09/30/2014 | | 12,317.58 | | Payment | 06/01/2014 | 34,249.98 | 4,447.76 | 4,808.35 | 3,061.47 | | 0.00 | 1,616,343.75 | 0.00 | -3,625.60 | 11,561.47 | 0.00 |
| 09/30/2014 | | 11,416.66 | | Payment | 07/01/2014 | 22,833.32 | 3,573.51 | 4,781.68 | 3,061.47 | | 0.00 | 1,612,770.24 | 0.00 | -564.13 | 11,561.47 | 0.00 |



EXHIBIT 1

## Mortgage Proof of Claim Attachment: Additional Page

(12/15)

Case number: 2:16-bk-21314-WB

Debtor 1: RHONDA E REYNOLDS

**Part 5 : Loan Payment History from First Date of Default**

| Account Activity | | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| 10/01/2014 | 11,416.66 | | | Monthly payment | 08/01/2014 | 34,249.98 | | | | | | 1,612,770.24 | 0.00 | -564.13 | 11,561.47 | 0.00 |
| 10/31/2014 | | 11,416.66 | | Payment | 08/01/2014 | 34,249.98 | 0.00 | 0.00 | 0.00 | | 11,416.66 | 1,612,770.24 | 0.00 | -564.13 | 11,561.47 | 11,416.66 |
| 10/31/2014 | | 0.00 | | Payment | 08/01/2014 | 22,833.32 | 3,584.08 | 4,771.11 | 3,061.47 | | -11,416.66 | 1,609,186.16 | 0.00 | 2,497.34 | 11,561.47 | 0.00 |
| 11/01/2014 | 11,416.66 | | | Monthly payment | 09/01/2014 | 34,249.98 | | | | | | 1,609,186.16 | 0.00 | 2,497.34 | 11,561.47 | 0.00 |
| 11/21/2014 | | | 15,207.02 | County tax disbursement | 09/01/2014 | 34,249.98 | 0.00 | 0.00 | -15,207.02 | | 0.00 | 1,609,186.16 | 0.00 | -12,709.68 | 11,561.47 | 0.00 |
| 12/01/2014 | 11,416.66 | | | Monthly payment | 09/01/2014 | 45,666.64 | | | | | | 1,609,186.16 | 0.00 | -12,709.68 | 11,561.47 | 0.00 |
| 12/01/2014 | | 11,416.66 | | Payment | 09/01/2014 | 45,666.64 | 0.00 | 0.00 | 0.00 | | 11,416.66 | 1,609,186.16 | 0.00 | -12,709.68 | 11,561.47 | 11,416.66 |
| 12/01/2014 | | 0.00 | | Payment | 09/01/2014 | 34,249.98 | 3,594.68 | 4,760.51 | 3,061.47 | | -11,416.66 | 1,605,591.48 | 0.00 | -9,648.21 | 11,561.47 | 0.00 |
| 12/31/2014 | | 2.46 | | Interest on Escrow deposit | 10/01/2014 | 34,249.98 | 0.00 | 0.00 | 2.46 | | 0.00 | 1,605,591.48 | 0.00 | -9,645.75 | 11,561.47 | 0.00 |
| 01/01/2015 | 11,416.66 | | | Monthly payment | 10/01/2014 | 45,666.64 | | | | | | 1,605,591.48 | 0.00 | -9,645.75 | 11,561.47 | 0.00 |
| 01/30/2015 | | 22,833.32 | | Payment | 10/01/2014 | 45,666.64 | 0.00 | 0.00 | 0.00 | | 22,833.32 | 1,605,591.48 | 0.00 | -9,645.75 | 11,561.47 | 22,833.32 |
| 01/30/2015 | | 0.00 | | Payment | 10/01/2014 | 34,249.98 | 3,618.70 | 4,736.49 | 3,061.47 | | -22,833.32 | 1,601,972.78 | 0.00 | -6,584.28 | 11,561.47 | 0.00 |
| 01/30/2015 | | 0.00 | | Payment | 11/01/2014 | 22,833.32 | 3,629.37 | 4,725.82 | 3,061.47 | | 0.00 | 1,598,343.41 | 0.00 | -3,522.81 | 11,561.47 | 0.00 |
| 02/01/2015 | 11,416.66 | | | Monthly payment | 12/01/2014 | 34,249.98 | | | | | | 1,598,343.41 | 0.00 | -3,522.81 | 11,561.47 | 0.00 |
| 02/17/2015 | | | 417.76 | Late Charge | 12/01/2014 | 34,249.98 | | | | 417.76 | | 1,598,343.41 | 0.00 | -3,522.81 | 11,979.23 | 0.00 |
| 03/01/2015 | 11,416.66 | | | Monthly payment | 12/01/2014 | 45,666.64 | | | | | | 1,598,343.41 | 0.00 | -3,522.81 | 11,979.23 | 0.00 |
| 03/16/2015 | | | 417.76 | Late Charge | 12/01/2014 | 45,666.64 | | | | 417.76 | | 1,598,343.41 | 0.00 | -3,522.81 | 12,396.99 | 0.00 |
| 03/25/2015 | | | 15,207.00 | County tax disbursement | 12/01/2014 | 45,666.64 | 0.00 | 0.00 | -15,207.00 | | 0.00 | 1,598,343.41 | 0.00 | -18,729.81 | 12,396.99 | 0.00 |
| 03/31/2015 | | 22,833.32 | | Payment | 12/01/2014 | 34,249.98 | 3,693.35 | 4,661.84 | 3,061.47 | | 0.00 | 1,594,650.06 | 0.00 | -15,668.34 | 12,396.99 | 0.00 |
| 03/31/2015 | | 0.00 | | Payment | 01/01/2015 | 22,833.32 | 3,704.13 | 4,651.06 | 3,061.47 | | 0.00 | 1,590,945.93 | 0.00 | -12,606.87 | 12,396.99 | 0.00 |
| 04/01/2015 | 11,437.86 | | | Monthly payment | 02/01/2015 | 34,271.18 | | | | | | 1,590,945.93 | 0.00 | -12,606.87 | 12,396.99 | 0.00 |
| 04/16/2015 | | | 417.76 | Late Charge | 02/01/2015 | 34,271.18 | | | | 417.76 | | 1,590,945.93 | 0.00 | -12,606.87 | 12,814.75 | 0.00 |



EXHIBIT 1

## Mortgage Proof of Claim Attachment: Additional Page

(12/15)

Case number: 2:16-bk-21314-WB

Debtor 1: RHONDA E REYNOLDS

**Part 5 : Loan Payment History from First Date of Default**

| Account Activity | | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| Date | Contractual payment amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal balance | Accrued interest balance | Escrow balance | Fees / Charges balance | Unapplied funds balance |
| 04/29/2015 | | | 2,675.00 | Hazard Insurance Disbursement | 02/01/2015 | 34,271.18 | 0.00 | 0.00 | -2,675.00 | | 0.00 | 1,590,945.93 | 0.00 | -15,281.87 | 12,814.75 | 0.00 |
| 04/30/2015 | | 11,416.66 | | Payment | 02/01/2015 | 34,271.18 | 0.00 | 0.00 | 0.00 | | 11,416.66 | 1,590,945.93 | 0.00 | -15,281.87 | 12,814.75 | 11,416.66 |
| 04/30/2015 | | 0.00 | | Payment | 02/01/2015 | 22,854.52 | 3,728.19 | 4,627.00 | 3,061.47 | | -11,416.66 | 1,587,217.74 | 0.00 | -12,220.40 | 12,814.75 | 0.00 |
| 05/01/2015 | 11,437.86 | | | Monthly payment | 03/01/2015 | 34,292.38 | | | | | | 1,587,217.74 | 0.00 | -12,220.40 | 12,814.75 | 0.00 |
| 05/18/2015 | | | 417.76 | Late Charge | 03/01/2015 | 34,292.38 | | | | 417.76 | | 1,587,217.74 | 0.00 | -12,220.40 | 13,232.51 | 0.00 |
| 05/29/2015 | | 11,416.66 | | Payment | 03/01/2015 | 22,875.72 | 3,739.03 | 4,616.16 | 3,061.47 | | 0.00 | 1,583,478.71 | 0.00 | -9,158.93 | 13,232.51 | 0.00 |
| 06/01/2015 | 11,437.86 | | | Monthly payment | 04/01/2015 | 34,313.58 | | | | | | 1,583,478.71 | 0.00 | -9,158.93 | 13,232.51 | 0.00 |
| 06/16/2015 | | | 417.76 | Late Charge | 04/01/2015 | 34,313.58 | | | | 417.76 | | 1,583,478.71 | 0.00 | -9,158.93 | 13,650.27 | 0.00 |
| 06/29/2015 | | 11,437.86 | | Payment | 04/01/2015 | 34,313.58 | 0.00 | 0.00 | 0.00 | | 11,437.86 | 1,583,478.71 | 0.00 | -9,158.93 | 13,650.27 | 11,437.86 |
| 06/29/2015 | | 0.00 | | Payment | 04/01/2015 | 22,875.72 | 3,763.10 | 4,592.09 | 3,082.67 | | -11,437.86 | 1,579,715.61 | 0.00 | -6,076.26 | 13,650.27 | 0.00 |
| 07/01/2015 | 11,283.98 | | | Monthly payment | 05/01/2015 | 34,159.70 | | | | | | 1,579,715.61 | 0.00 | -6,076.26 | 13,650.27 | 0.00 |
| 07/16/2015 | | | 410.07 | Late Charge | 05/01/2015 | 34,159.70 | | | | 410.07 | | 1,579,715.61 | 0.00 | -6,076.26 | 14,060.34 | 0.00 |
| 07/31/2015 | | 11,437.86 | | Payment | 05/01/2015 | 34,159.70 | 0.00 | 0.00 | 0.00 | | 11,437.86 | 1,579,715.61 | 0.00 | -6,076.26 | 14,060.34 | 11,437.86 |
| 07/31/2015 | | 0.00 | | Payment | 05/01/2015 | 22,721.84 | 3,839.84 | 4,515.35 | 3,082.67 | | -11,437.86 | 1,575,875.77 | 0.00 | -2,993.59 | 14,060.34 | 0.00 |
| 08/01/2015 | 11,283.98 | | | Monthly payment | 06/01/2015 | 34,005.82 | | | | | | 1,575,875.77 | 0.00 | -2,993.59 | 14,060.34 | 0.00 |
| 08/17/2015 | | | 410.07 | Late Charge | 06/01/2015 | 34,005.82 | | | | 410.07 | | 1,575,875.77 | 0.00 | -2,993.59 | 14,470.41 | 0.00 |
| 08/31/2015 | | 11,437.86 | | Payment | 06/01/2015 | 34,005.82 | 0.00 | 0.00 | 0.00 | | 11,437.86 | 1,575,875.77 | 0.00 | -2,993.59 | 14,470.41 | 11,437.86 |
| 08/31/2015 | | 0.00 | | Payment | 06/01/2015 | 22,567.96 | 3,916.47 | 4,438.72 | 3,082.67 | | -11,437.86 | 1,571,959.30 | 0.00 | 89.08 | 14,470.41 | 0.00 |
| 09/01/2015 | 11,013.81 | | | Monthly payment | 07/01/2015 | 33,581.77 | | | | | | 1,571,959.30 | 0.00 | 89.08 | 14,470.41 | 0.00 |
| 09/16/2015 | | | 410.07 | Late Charge | 07/01/2015 | 33,581.77 | | | | 410.07 | | 1,571,959.30 | 0.00 | 89.08 | 14,880.48 | 0.00 |
| 09/28/2015 | | | 310.00 | Phone pay fee (Other) | 07/01/2015 | 33,581.77 | | | | 310.00 | | 1,571,959.30 | 0.00 | 89.08 | 15,190.48 | 0.00 |
| 09/30/2015 | | 11,283.98 | | Payment | 07/01/2015 | 33,581.77 | 0.00 | 0.00 | 0.00 | | 11,283.98 | 1,571,959.30 | 0.00 | 89.08 | 15,190.48 | 11,283.98 |
| 09/30/2015 | | 0.14 | | Interest on Escrow deposit | 07/01/2015 | 33,581.77 | 0.00 | 0.00 | 0.14 | | 0.00 | 1,571,959.30 | 0.00 | 89.22 | 15,190.48 | 11,283.98 |



EXHIBIT 1

## Mortgage Proof of Claim Attachment: Additional Page

(12/15)

Case number: 2:16-bk-21314-WB

Debtor 1: RHONDA E REYNOLDS

**Part 5 : Loan Payment History from First Date of Default**

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| 09/30/2015 | | 0.00 | | Payment | 07/01/2015 | 22,297.79 | 3,826.02 | 4,375.29 | 3,082.67 | | -11,283.98 | 1,568,133.28 | 0.00 | 3,171.89 | 15,190.48 | 0.00 |
| 10/01/2015 | 11,013.81 | | | Monthly payment | 08/01/2015 | 33,311.60 | | | | | | 1,568,133.28 | 0.00 | 3,171.89 | 15,190.48 | |
| 10/30/2015 | | 11,283.98 | | Payment | 08/01/2015 | 22,027.62 | 3,888.94 | 4,312.37 | 3,082.67 | | 0.00 | 1,564,244.34 | 0.00 | 6,254.56 | 15,190.48 | |
| 11/01/2015 | 11,013.81 | | | Monthly payment | 09/01/2015 | 33,041.43 | | | | | | 1,564,244.34 | 0.00 | 6,254.56 | 15,190.48 | |
| 11/23/2015 | | | 15,164.31 | County tax disbursement | 09/01/2015 | 33,041.43 | 0.00 | 0.00 | -15,164.31 | | 0.00 | 1,564,244.34 | 0.00 | -8,909.75 | 15,190.48 | 0.00 |
| 11/30/2015 | | 11,283.98 | | Payment | 09/01/2015 | 22,027.62 | 3,925.71 | 4,275.60 | 3,082.67 | | 0.00 | 1,560,318.63 | 0.00 | -5,827.08 | 15,190.48 | |
| 12/01/2015 | 11,013.81 | | | Monthly payment | 10/01/2015 | 33,041.43 | | | | | | 1,560,318.63 | 0.00 | -5,827.08 | 15,190.48 | |
| 12/15/2015 | | | 0.00 | Reversal | 10/01/2015 | 33,041.43 | -3,925.71 | -4,275.60 | -3,082.67 | | 0.00 | 1,564,244.34 | 0.00 | -8,909.75 | 15,190.48 | |
| 12/15/2015 | | | 25.00 | Non-sufficient funds (NSF) fees | 10/01/2015 | 33,041.43 | | | | 25.00 | | 1,564,244.34 | 0.00 | -8,909.75 | 15,215.48 | |
| 12/31/2015 | | 12.43 | | Interest on Escrow deposit | 10/01/2015 | 33,041.43 | 0.00 | 0.00 | 12.43 | | 0.00 | 1,564,244.34 | 0.00 | -8,897.32 | 15,215.48 | |
| 01/01/2016 | 11,013.81 | | | Monthly payment | 10/01/2015 | 44,055.24 | | | | | | 1,564,244.34 | 0.00 | -8,897.32 | 15,215.48 | 0.00 |
| 02/01/2016 | 10,951.62 | | | Monthly payment | 10/01/2015 | 55,006.86 | | | | | | 1,564,244.34 | 0.00 | -8,897.32 | 15,215.48 | |
| 03/01/2016 | 10,951.62 | | | Monthly payment | 10/01/2015 | 65,958.48 | | | | | | 1,564,244.34 | 0.00 | -8,897.32 | 15,215.48 | |
| 03/24/2016 | | | 15,164.29 | County tax disbursement | 10/01/2015 | 76,972.29 | 0.00 | 0.00 | -15,164.29 | | 0.00 | 1,564,244.34 | 0.00 | -24,061.61 | 15,215.48 | |
| 04/01/2016 | 10,951.62 | | | Monthly payment | 09/01/2015 | 87,923.91 | | | | | | 1,564,244.34 | 0.00 | -24,061.61 | 15,215.48 | |
| 04/27/2016 | | | 3,438.00 | Hazard Insurance Disbursement | 09/01/2015 | 87,923.91 | 0.00 | 0.00 | -3,438.00 | | 0.00 | 1,564,244.34 | 0.00 | -27,499.61 | 15,215.48 | |
| 05/01/2016 | 10,951.62 | | | Monthly payment | 09/01/2015 | 98,875.53 | | | | | | 1,564,244.34 | 0.00 | -27,499.61 | 15,215.48 | |
| 05/16/2016 | | | -25.00 | Non-sufficient funds (NSF) fees | 09/01/2015 | 98,875.53 | | | | -25.00 | | 1,564,244.34 | 0.00 | -27,499.61 | 15,190.48 | |
| 05/25/2016 | | | 1,709.00 | Undefined Fee Category | 09/01/2015 | 98,875.53 | | | | 1,709.00 | | 1,564,244.34 | 0.00 | -27,499.61 | 16,899.48 | |
| 05/27/2016 | | | 725.00 | Attorney's fees | 09/01/2015 | 98,875.53 | | | | 725.00 | | 1,564,244.34 | 0.00 | -27,499.61 | 17,624.48 | |



EXHIBIT 1

## Mortgage Proof of Claim Attachment: Additional Page

(12/15)

Case number: 2:16-bk-21314-WB

Debtor 1: RHONDA E REYNOLDS

**Part 5 : Loan Payment History from First Date of Default**

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| Date | Contractual payment amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal balance | Accrued interest balance | Escrow balance | Fees / Charges balance | Unapplied funds balance |
| 06/01/2016 | 10,951.61 | | | Monthly payment | 09/01/2015 | 109,827.14 | | | | | | 1,564,244.34 | 0.00 | -27,499.61 | 17,624.48 | 0.00 |
| 07/01/2016 | 10,687.04 | | | Monthly payment | 09/01/2015 | 120,514.18 | | | | | | 1,564,244.34 | 0.00 | -27,499.61 | 17,624.48 | 0.00 |
| 08/01/2016 | 10,687.04 | | | Monthly payment | 09/01/2015 | 131,201.22 | | | | | | 1,564,244.34 | 0.00 | -27,499.61 | 17,624.48 | 0.00 |
| 08/24/2016 | | | | Bankruptcy Filed | 09/01/2015 | 131,201.22 | | | | | | 1,564,244.34 | 0.00 | -27,499.61 | 17,624.48 | 0.00 |
| 09/01/2016 | 10,750.62 | | | Monthly payment | 09/01/2015 | 141,951.84 | | | | | | 1,564,244.34 | 0.00 | -27,499.61 | 17,624.48 | 0.00 |
| 10/01/2016 | 10,750.62 | | | Monthly payment | 09/01/2015 | 152,702.46 | | | | | | 1,564,244.34 | 0.00 | -27,499.61 | 17,624.48 | 0.00 |
| 11/01/2016 | 10,750.62 | | | Monthly payment | 09/01/2015 | 163,453.08 | | | | | | 1,564,244.34 | 0.00 | -27,499.61 | 17,624.48 | 0.00 |
| 12/01/2016 | 10,750.62 | | | Monthly payment | 09/01/2015 | 174,203.70 | | | | | | 1,564,244.34 | 0.00 | -27,499.61 | 17,624.48 | 0.00 |
| 01/01/2017 | 10,750.62 | | | Monthly payment | 09/01/2015 | 184,954.32 | | | | | | 1,564,244.34 | 0.00 | -27,499.61 | 17,624.48 | 0.00 |



EXHIBIT 1

Addendum Page

Basis for asserting that the applicable party has the right to foreclose: Debtor(s) executed a promissory note secured by a mortgage, deed of trust, or security deed. The Promissory note is either made payable to creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage, deed of trust, or security deed.

## Additional Disclaimers (where applicable)

**410**

Part 2: Question 9-Describe contains the property address and may contain a description for "Other".

**410A**

Part 1:

Full creditor name cannot be displayed due to space limitation, see 410 part 1.1 for full name.

Part 2:

Principal Balance is from Part 5, Column M as of the Bankruptcy File Date.

Interest Due is the interest due as of the Bankruptcy File Date.

Fees, costs due is from Part 5, Column P as of the Bankruptcy File Date and includes any outstanding fees (i.e. late charges, property inspections) and cost (i.e. attorney costs), also included are corporate advances (i.e. tax, insurance) for non-escrowed loans as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

Escrow deficiency for funds advanced is from Part 5, Column O (if negative balance) as of the Bankruptcy File Date.

Other includes any applicable Private Mortgage Insurance, other Optional Products (i.e. A & H, Life) or Deferred Interest, where applicable, due as of the Bankruptcy File Date. This line was added to ensure transparency.

Less Total Funds on hand is the total of Part 5, Column O (if positive balance) and Q as of the Bankruptcy File Date.

Total Debt not to be used for payoff purposes.

Part 3:

Principal and Interest is the principal and interest portion of Part 5, Column G, as of the Bankruptcy File Date. (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition principal and interest amounts).

Pre-Petition Fees Due is from Part 5, Column P as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

Escrow Deficiency for Funds Advanced is from Part 5, Column O (if negative balance) as of the Bankruptcy File Date.

Projected Escrow Shortage is the Escrow Required from the escrow analysis minus a positive escrow balance as of the Bankruptcy File Date. (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition escrow amounts).

Other includes any applicable Optional Products (i.e. A & H, Life) due as of the bankruptcy file date. This line was added to ensure transparency. (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition Optional Product amounts).

Less Funds on Hand is from Part 5, column Q as of the Bankruptcy File Date.

Part 4:

Optional Products includes any applicable optional products (i.e. A & H, Life) due as of the Bankruptcy File Date. This line was added to ensure transparency.

(*)This disclaimer has been added to the form to explain that the monthly payment amount may change periodically throughout the life of the loan.

Part 5:

If any of the transactions in the loan payment history contain amounts for optional products, the amount for that product will be reflected in either the Contractual payment amount or the Funds Received amount, and will be applied in those amounts. It will also be reflected in column G as described below.

Column G In addition to the items listed, this also includes any past due PMI or optional products (i.e. A & H, Life) amounts, as applicable. Optional product (i.e. A & H, Life) amounts will not be included in columns H-Q due to no appropriate column heading for this type of transaction.

Column J includes taxes, insurance and MIP/PMI as applicable.

Column N will only be populated if the loan is Daily Simple Interest or if Deferred Interest exists on the account.

Column O includes taxes, insurance and MIP/PMI as applicable.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Wells Fargo Bank, N.A. Defalut Document Processing MAC#N9286-01Y 1000 Blue Gentian Road Eagan, MN 55121-7700

A true and correct copy of the foregoing document entitled (*specify*): PROOF OF CLAIM

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/30/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who receive service by NEF

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/30/2017 | Annette Medina | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| Rhonda E. Reynolds | Case Number: | 2:16-bk-21314WB |
| | Operating Report Number: | 16 |
| Debtor(s). | For the Month Ending: | 30-Apr-2018 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 175,385.26 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 175,181.02 |
| 3. BEGINNING BALANCE: | 204.24 |
| 4. RECEIPTS DURING CURRENT PERIOD: | 5,664.10 |
| 5. BALANCE: | 5,868.34 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 5,592.24 |
| 7. ENDING BALANCE: | 276.10 |

| | | |
|---|---|---|
| 8. General Account Number(s): | -2429 | -2205 |
| Depository Name & Location: | US Bank | Schwab Bank |
| | Saint Paul, MN 55101 | El Paso, TX 79998 |

* All receipts must be deposited into the general account. Debtor-in-possession account opened 5/17 - USB
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.



EXHIBIT 2

# EXHIBIT 2

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

Acct. -2429

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/19/2018 | | USB | Fee | 6.95 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD (-2429): | 6.95 |

Acct. -2205

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3/31/2018 | | educ. | educ. | 30.00 |
| 4/30/2018 | | med. | med. | 7.71 |
| 4/2/2018 | | hlth | hlth | 29.99 |
| 4/2/2018 | | med. | med. | 6.09 |
| 4/3/2018 | | misc. | misc. | 17.88 |
| 4/6/2018 | | groc. | groc. | 11.27 |
| 4/6/2018 | | groc. | groc. | 24.41 |
| 4/6/2018 | | transf. | transf. | 49.14 |
| 4/6/2018 | | groc. | groc. | 10.13 |
| 4/6/2018 | | med. | med. | 18.54 |
| 4/7/2018 | | util. | util. | 144.13 |
| 4/9/2018 | | util. | util. | 39.58 |
| 4/9/2018 | | med. | med. | 58.54 |
| 4/14/2018 | | groc. | groc. | 5.49 |
| 4/14/2018 | | educ. | educ. | 60.00 |
| 4/17/2018 | | educ. | educ. | 132.72 |
| 4/17/2018 | | educ. | educ. | 521.34 |
| 4/18/2018 | | misc. | misc. | 6.43 |
| 4/19/2018 | | med. | med. | 2,250.00 |
| 4/20/2018 | | med. | med. | 47.73 |
| 4/20/2018 | | groc. | groc. | 7.28 |
| 4/20/2018 | | util. | util. | 148.38 |
| 4/20/2018 | | groc. | groc. | 56.12 |
| 4/21/2018 | | groc. | groc. | 4.49 |
| 4/21/2018 | | util. | util. | 101.82 |
| 4/22/2018 | | util. | util. | 131.46 |
| 4/24/2018 | | educ. | educ. | 1,500.00 |
| 4/24/2018 | | groc. | groc. | 59.62 |
| 4/30/2018 | | maint. | maint. | 105.00 |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD (-2205): | 5,585.29 |



**EXHIBIT 2**

# GENERAL ACCOUNT
# BANK RECONCILIATION

Bank statement Date: 3/31/2018 Balance on Statement: * $204.24
*(-2429/-2205)

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |

TOTAL DEPOSITS IN TRANSIT 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |

TOTAL OUTSTANDING CHECKS: 0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: $204.24

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment



EXHIBIT 2



## Checking - 2429

Account Balance $23.67

Available Balance $23.67

### Transactions

| Date | Description | Check Number | Deposits | Withdrawals | Acct Balance |
|---|---|---|---|---|---|
| Completed Transactions | | | | | |
| 04/19/2018 | | | $6.95 | | $113.67 |
| 04/19/2018 | | | | $6.95 | $106.72 |
| 03/20/2018 | | | | | $113.67 |



**EXHIBIT 2**

Account Number:

| Summary | Amount |
|---|---|
| Beginning Balance | $90.57 |
| Deposits and Credits | 5,657.09 |
| Interest Paid | 0.06 |
| Withdrawals and Other Debits | (5,585.29) |
| Other Fees | 0.00 |
| **Ending Balance** | **$162.43** |

**Activity**

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/31 | Beginning Balance | | | $90.57 |
| 03/31 | | $30.00 | | $60.57 |
| 04/02 | | $7.71 | | $52.86 |
| 04/02 | | $29.99 | | $22.87 |
| 04/02 | | $6.09 | | $16.78 |



**EXHIBIT 2**

Account Number: [redacted]

Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/03 | [redacted] | $17.88 | | ($1.10) |
| 04/03 | [redacted] | | $1.10 | $0.00 |
| 04/05 | [redacted] | | $500.00 | $500.00 |
| 04/06 | [redacted] | $11.27 | | $488.73 |
| 04/06 | [redacted] | $24.41 | | $464.32 |
| 04/06 | [redacted] | $49.14 | | $415.18 |
| 04/06 | [redacted] | $10.13 | | $405.05 |
| 04/06 | [redacted] | $18.54 | | $386.51 |
| 04/07 | [redacted] | $144.13 | | $242.38 |
| 04/09 | [redacted] | $39.58 | | $202.80 |
| 04/09 | [redacted] | $58.54 | | $144.26 |



**EXHIBIT 2**

Account Number: [redacted]

Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/14 | | $5.49 | | $138.77 |
| 04/14 | | $60.00 | | $78.77 |
| 04/16 | | | $625.00 | $703.77 |
| 04/17 | | $132.72 | | $571.05 |
| 04/17 | | $521.34 | | $49.71 |
| 04/18 | | $6.43 | | $43.28 |
| 04/18 | | | $3,000.00 | $3,043.28 |
| 04/19 | | $2,250.00 | | $793.28 |
| 04/20 | | $47.73 | | $745.55 |
| 04/20 | | $7.28 | | $738.27 |
| 04/20 | | $148.38 | | $589.89 |
| 04/20 | | $56.12 | | $533.77 |



**EXHIBIT 2**

Account Number:

Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/21 | | $4.49 | | $529.28 |
| 04/21 | | $101.82 | | $427.46 |
| 04/22 | | $131.46 | | $296.00 |
| 04/23 | | | $1,500.00 | $1,796.00 |
| 04/24 | | $1,500.00 | | $296.00 |
| 04/24 | | $59.62 | | $236.38 |
| 04/25 | | | $29.99 | $266.37 |
| 04/27 | | | $1.00 | $267.37 |
| 04/30 | | $105.00 | | $162.37 |
| 04/30 | | | $0.06 | $162.43 |
| 04/30 | Ending Balance | | | $162.43 |



**EXHIBIT 2**

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Wells Fargo Home Mtg. | Monthly | varies* | 15 | $ 160,916.13 |
| | | | | |
| *P,I,Tx,Ins. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 160,916.13 |

V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | State Farm Insurance | $ 1,122,900.00 | 5/7/2019 | 5/7/2019 |
| Vehicle | Liberty Mutual | 100/300/100 | 1/11/2019 | 5/11/2019 |
| Others: | | | | |



**EXHIBIT 2**

# EXHIBIT 2

# I.D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | | |
|---|---|---|
| | General Account: | 276.10 |
| | Payroll Account: | |
| | Tax Account: | |
| *Other Accounts: | | |
| | | |
| | | |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE: 276.10

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |

TOTAL PETTY CASH TRANSACTIONS: 0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions



**EXHIBIT 2**

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2017 | 41,548.43 | 650.00 | 25-May-2017 | 650.00 | 0.00 |
| 30-Jun-2017 | 55,104.13 | 650.00 | 17-Aug-2017 | 650.00 | 0.00 |
| 30-Sep-2017 | 24,486.97 | 650.00 | 2-Nov-2017 | 650.00 | 0.00 |
| 31-Dec-2017 | 27,200.19 | 650.00 | 13-Feb-2018 | 650.00 | 0.00 |
| 31-Mar-2018 | 26,841.30 | 650.00 | | | 650.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report



**EXHIBIT 2**

VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)



**EXHIBIT 2**

## XI. QUESTIONNAIRE

| | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | x | |
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | x | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
Plan was filed on 3/7/18.

4. Describe potential future developments which may have a significant impact on the case:
None at this time.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
None.

| | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | x | |

I, Rhonda E. Reynolds,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

5-15-18
Date

[signature]
Principal for debtor-in-possession



**EXHIBIT 2**

| In re: **Rhonda E. Reynolds** Debtor(s). | CHAPTER: **11** CASE NUMBER: **2:16-bk-21314-WB** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**800 West 6th Street., Suite 940**
**Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT NUMBER 16 FOR MONTH ENDING IN APRIL 30, 2018** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/15/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**ATTORNEY FOR CREDITOR** Brandye N Foreman cdcaecf@bdfgroup.com
**ATTORNEY FOR U.S. TRUSTEE** Alvin Mar alvin.mar@usdoj.gov
**ATTORNEY FOR CREDITOR** Cassandra J Richey cdcaecf@bdfgroup.com
**ATTORNEY FOR CREDITOR** Najah J Shariff najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
**ATTORNEY FOR CREDITOR** Edward A Treder cdcaecf@bdfgroup.com
**U.S. TRUSTEE** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
**ATTORNEY FOR DEBTOR** Thomas B Ure tbuesq@aol.com, ThomasUre@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **5/15/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**alvin.mar@usdoj.gov**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/15/2018 | **Yolanda Segura** | /s/ Yolanda Segura |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |



**EXHIBIT 2**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 20955 Pathfinder Road, Suite 300, Diamond Bar, CA 91765

A true and correct copy of the foregoing document entitled (*specify*): Renewed Objection to Approval of First Amended Disclosure Statement and Confirmation of Debtor's Amended Chapter 11 Plan of Reorganization and Exhibits will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 29, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Alvin Mar, (U.S. Trustee): United States Trustee (LA) alvin.mar@usdoj.gov
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Najah J. Shariff (Creditor Attorney): najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 29, 2018 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE: Hon. Julia W. Brand, U.S. Bankruptcy Court, 255 E. Temple Street. Suite 1382, Los Angeles, CA 90012
Debtor: Rhonda E. Reynolds, 10850 Portofino Place, Los Angeles, CA 90077
Debtor Attorney: Thomas B. Ure, Ure Law Firm, 800 West 6th Street, Ste. 940, Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/29/2018 | CASSANDRA J. RICHEY | /s/ Cassandra J. Richey |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |