1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  ALVIN MAR, State Bar No. 151482
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Blvd, Ste 1850
5  Los Angeles, California 90017-3560
   (213) 894-4219 telephone
6  (213) 894-2603 facsimile
   Email: alvin.mar@usdoj.gov
7

FILED & ENTERED

JUN 12 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:16-bk-21314-WB |
| | Chapter 11 |
| **RHONDA REYNOLDS,** | **ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7 UNDER 11 U.S.C. §1112(b)(1) (doc. no. 75)** |
| Debtor, | Hearing Date: JUNE 7, 2018 |
| | Time: 10:00 A.M. |
| | Ctrm: 1375 |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |

The continued hearing on the United States Trustee's 'Notice of Motion and Motion Under 11 U.S.C. §1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon', hereinafter 'Motion', (doc. no. 75) was heard on the above date and time with appearances as noted on the record. The Court having considered the Motion, Debtor's Opposition thereto (doc. no. 81), the United States Trustee's reply to Debtor's Opposition (doc. no. 83) and the argument of the parties present at the hearing and for the reasons set forth on the record, the Court finding good cause therein, orders as follows:

1

1      IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED.

2      IT IS FURTHER ORDERED that –

3     1) Debtor's case be and hereby is CONVERTED to one under Chapter 7 pursuant to 11

4        U.S.C. §1112(b)(1).

5     2) Debtor shall comply with Federal Rule of Bankruptcy Procedure 1019.

6      IT IS SO ORDERED.

7                         # # #

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   Date: June 12, 2018

24                           Julia W. Brand
                             United States Bankruptcy Judge

25

26

27

28